UNITED STATES BANKRUPTCY COURT FOR THE **Northern District of California (San Jose)**

| Debtor (s): **Elizabeth Campisi**<br>Property: 430,Tierra Del Sol,<br>Hollister-CA-95023 | Chapter 11<br>Case No.: **10-56816**<br>Amount Claimed: $ 420,522.91<br>Arrearage: $ 20,645.08<br>Trustee: **Office of the U.S. Trustee / SJ**<br>Claim No.: 11-1 |
|---|---|

**NOTICE OF TRANSFER OF CLAIM PURSUANT TO FRBP RULE 3001 (e) (2), WAIVER OF OPPORTUNITY TO OBJECT, AND REQUEST FOR NOTICE PURSUANT TO FRBP 2002**

OCWEN LOAN SERVICING, LLC (hereafter Assignee") hereby provides notice of the unconditional sale and transfer of all right, title, and interest in and to the Claims (as such defined in the attached Assignment or Power of Attorney by and between the Seller /Transferor (hereafter Assignor) including the Claim referenced above (the "Bankruptcy Claim").

Pursuant to Bankruptcy Rule 3001 (e) (2) and the foregoing assignment, the Assignee hereby requests that it be substituted for the Assignor as the record holder of the Bankruptcy Claim for all purposes in these proceedings. As is set forth in the attached assignment, the Assignor concurs with the request, and is aware of the transfer, and declines its opportunity to object under FRBP 3001 (e) (2). Accordingly, the Assignee requests that the transfer of the Bankruptcy Claim be made immediately upon the docketing of the Joint Notice of Transfer of Claim.

Assignee further requests that it be added to the mailing matrix in the above case pursuant to Bankruptcy Rule 2002, so as to receive copies of all notices and pleadings sent to creditors or other parties in interest.

The original Proof of Claim may have been filed by the Assignor under its name or the name of any of the following acquired institution(s): **HOMEQ SERVICING CORP.**

| Prior Account number: *****1111<br>Dated: 06/30/2010<br>  **SELLER/TRANSFEROR/ASSIGNOR:** | Ocwen Account # *****2911<br>Dated: 06/30/2010<br>**PURCHASER/ASSIGNEE/TRANSFEREE:** |
|---|---|
| U.S. Bank National Association, as Trustee<br>c/o Rosicki, Rosicki & Associates P.C.<br>51 East Bethpage Road,<br>Plainview, NY 11803 | U.S. Bank National Association, as Trustee<br>**Ocwen Loan Servicing, LLC**<br>**Attn: Cashiering Department**<br>**P.O. Box 24781**<br>**West Palm Beach, FL 33416-4781**<br>BK Fax# 407-737-5634 |

By: See attached assignment_    By: /s/ Rushabh Shah
                                    Assistant Manager

CUYAHOGA COUNTY RECORDER
PATRICK J. OMALLEY
PAT 11/22/2005 12:00:23 PM
**200511220642**

RECORDING REQUESTED BY:

POA #1843                          SPACE ABOVE THIS LINE FOR RECORDER'S USE

## LIMITED POWER OF ATTORNEY

U.S. Bank National Association ("U.S. Bank"), a national banking association organized and existing under the laws of the United States of America, 60 Livingston Ave, Corporate Trust, 3rd Floor, St. Paul, MN 55107 hereby constitutes and appoints Ocwen Loan Servicing, LLC f/k/a Ocwen Federal Bank FSB as Attorney-In-Fact, by and through any officer appointed by the Board of Directors of Ocwen Loan Servicing, LLC f/k/a Ocwen Federal Bank FSB, to execute and acknowledge in writing or by facsimile stamp all documents customarily and reasonably necessary and appropriate for the tasks described in the items (1) through (4) below; provided however, that the documents described below may only be executed and delivered by such Attorney-In-Fact if such documents are required or permitted under the terms of the related servicing agreement, and no power is granted hereunder to take any action that would be adverse to the interests of the Trustee or the Holder, as such terms are defined in the related servicing agreement. This Power of Attorney is being issued in connection with Ocwen Loan Servicing, LLC f/k/a Ocwen Federal Bank FBS's responsibilities to service certain mortgage loans (the "Loans") held by U.S. Bank in its capacity as Trustee. These Loans are comprised of Mortgages, Deeds of Trust, Deeds to Secure Debt and other forms of security instruments (collectively the "Security Instruments") and the Notes secured thereby.

1. Demand, sue for, recover, collect and receive each and every sum of money, debt, account and interest (which now is, or hereafter shall become due and payable) belonging to or claimed by U.S. Bank l, and to use or take any lawful means for recovery by legal process or otherwise.

2. Transact business of any kind regarding the Loans, and obtain an interest therein and/or building thereon, as U.S. Bank's act and deed, to contact for, purchase, receive and take possession and evidence of title in and to the property and/or to secure payment of a promissory note or performance of any obligation or agreement.

3. Execute bonds, notes, mortgages, deeds of trust and other contracts, agreements and instruments regarding the Borrowers and/or the Property, including but not limited to the execution of releases, satisfactions, assignments, and other instruments pertaining to mortgages or deeds of trust, and execution of deeds and associated instruments, if any, conveying the Property, in the interest of U.S. Bank.

4. Endorse on behalf of the undersigned all checks, drafts and/or other negotiable instruments made payable to the undersigned.

Witness my hand and seal this July 25, 2005.

Witness: Mike Bengston

Witness: Krispy Frideres

Attest: Brian Giel, Trust Officer

U.S. Bank National Association, as Trustee

By: S. Christopherson, Vice President

By: Toby Robillard, Asst. Vice President

FOR CORPORATE ACKNOWLEDGMENT

State of Minnesota

County of Ramsey

On this 25th day of July, 2005, before me, the undersigned, a Notary Public in and for said County and State, personally appeared S. Christopherson, Toby Robillard and Brian Giel, personally known to me (or proved to me on the basis of satisfactory evidence) to be the persons who executed the within instrument as Vice President, Asst. Vice President and Trust Officer, respectively of U.S. Bank National Association, and known to me to be the persons who executed the within instrument on behalf of the corporation therein named, and acknowledge to me that such corporation executed the within instrument pursuant to its by-laws or a resolution of its Board of Directors.

WITNESS my hand and official seal.

Signature: Tiffany M. Jeanson

TIFFANY M. JEANSON
Notary Public
Minnesota
My Commission Expires January 31, 2009

My commission expires: 1/31/2009

I hereby certify this document to be a true, correct and complete copy of the record filed in my office. Dated this 11th day of August, 2005.
By: _____ Deputy Clerk

CUYAHOGA COUNTY RECORDER
200511220642  PAGE 1 of 1

Cuyahoga County Recorder
Patrick J. O'Malley
Condition of Document
Recorded as Presented