

# First American Title Company

60 West Market, Suite 140, P.O. Box 970 • Salinas, CA 93901

## Estimated Settlement Statement

**Property:** 125 4th Street and 402 Sally Street, Hollister, CA

**File No:** 2701-3704725
**Officer:** Lidia Collins/LC
**New Loan No:**
**Estimated Settlement Date:** 03/31/2011
**Disbursement Date:**
**Print Date:** 03/14/2011, 3:47 PM

**Buyer:** Tony LoBue
**Address:**
**Seller:** Elizabeth Campisi, Trustee of the Elizab
**Address:** 125 4th Street and 402 Sally Street, Hollister, CA

| Buyer Charge | Buyer Credit | Charge Description | Seller Charge | Seller Credit |
|---|---|---|---|---|
| | | **Consideration:** | | |
| 245,000.00 | | Total Consideration | | 245,000.00 |
| | | **Deposits in Escrow:** | | |
| | 2,500.00 | Receipt No. 1352111491 on 02/11/2011 by Marie LoBue Peterson | | |
| | | **Adjustments:** | | |
| | 2,000.00 | Assign Tenant Security Deposit | 2,000.00 | |
| | | **Prorations:** | | |
| | 569.06 | County Tax 01/01/11 to 03/18/11 @$2732.98/yr | 569.06 | |
| | 903.23 | Rents 03/18/11 to 04/01/11 @$2000.00/mo | 903.23 | |
| | | **New Loan(s):** | | |
| | | County property taxes @$227.75/mo | | |
| | | **Payoff Loan(s):** | | |
| | | Lender: Ernest Avila | | |
| | | Partial Payment - Ernest Avila | 233,778.88 | |
| | | **Title/Escrow Charges to:** | | |
| 876.00 | | ALTA Std Owner Policy 1402.06 (6-17-06) to First American Title Company | | |
| 1,125.00 | | Escrow Fee to First American Title Company | | |
| 20.00 | | Notary Fee S to First American Title Company | | |
| 14.00 | | Record Deed to First American Title Company | | |
| 269.50 | | County Documentary Transfer Tax to First American Title Company | | |
| | | **Disbursements Paid:** | | |
| | | 1st Install 10/11 Taxes/Penalty - 054-101-002 to San Benito County Tax Collector | 559.40 | |
| | | 1st Install 10/11 Taxes/Penalty - 054-101-003 to San Benito County Tax Collector | 917.73 | |
| 538.55 | | 2nd Install 10/11 Taxes - 054-101-002 to San Benito County Tax Collector | | |
| 827.94 | | 2nd Install 10/11 Taxes - 054-101-003 to San Benito County Tax Collector | | |
| | | Furnace Installation to Rianda Air | 1,200.00 | |
| | | Defaulted Taxes 054-101-002 to San Benito County Tax Collector | 2,962.01 | |
| | | Defaulted Taxes 054-101-003 to San Benito County Tax Collector | 2,109.69 | |
| | 242,698.70 | **Cash (X From) ( To) Borrower** | | |
| | | **Cash ( To) ( From) Seller** | | |
| 248,670.99 | 248,670.99 | **Totals** | 245,000.00 | 245,000.00 |

Notice – This Estimated Settlement Statement is subject to changes, corrections or additions at the time of final computation of Escrow Settlement Statement.

Initials: _____ _____

Page 1 of 2

Case: 10-56816   Doc# 140-2   Filed: 04/15/11   Entered: 04/15/11 08:52:41   Page 1 of 1

EXHIBIT A