IT IS SO ORDERED.
Signed April 15, 2011

*Arthur S. Weissbrodt*
Arthur S. Weissbrodt
U.S. Bankruptcy Judge

ELAINE M. SEID (Bar No. 72588)
McPHARLIN, SPRINKLES
    &amp; THOMAS LLP
160 W. Santa Clara, Suite 400
San Jose, California 95113
Telephone (408) 293-1900
Facsimile (408) 293-1999

Attorneys Debtor
Elizabeth Campisi

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re:

ELIZABETH CAMPISI

    Debtor.
.

Case No.: 10-56816 ASW

Chapter 11

Hearing:
Date: 4/26/2011
Time: 1:45 p.m.
Judge: Hon. Arthur S. Weissbrodt

### ORDER SHORTENING TIME
### FOR HEARING OF MOTION TO SELL REAL PROPERTIES
### FREE AND CLEAR OF LIEN OF ERNEST AVILA
### (402 Sally Street & 125 Fourth Street, Hollister, California)

Upon the Certified Application for Order Shortening Time for Hearing of Motion to Sell Real Properties Free and Clear of Lien of Ernest Avila (402 Sally Street & 125 Fourth Street, Hollister, California), good cause appearing therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED as follows:

1. The Application is hereby granted;

ORDER SHORTENING TIME
-1-

2. The time for notice of the Debtor's Motion to Sell Real Properties Free and Clear of Lien of Ernest Avila (402 Sally Street & 125 Fourth Street, Hollister, California) ("Motion") shall be, and it hereby is, shortened so that service by April 15, 2011, shall be sufficient notice to have the motion heard on April 26, 2011;

3. The Motion shall be set for **April 26, 2011** at **1:45 p.m**. to be heard in conjunction with Debtor's pending motion to sell the Properties;

4. Any opposition to the Motion shall be filed and served no later than **April 21, 2011**; and

5. Any reply, if any, shall be filed and served no later than **April 22, 2011**, **2:00 p.m**.

* * * * * END OF ORDER * * * * *

ORDER SHORTENING TIME

SERVICE LIST

Ernest Avila  *Secured Creditor*
4701 14 1/4 Avenue
Hanford, CA  93230

ORDER SHORTENING TIME