ELAINE M. SEID (Bar No. 72588)
McPHARLIN, SPRINKLES
 & THOMAS LLP
160 W. Santa Clara, Suite 400
San Jose, California 95113
Telephone (408) 293-1900
Facsimile (408) 293-1999

Attorneys Debtor
Elizabeth Campisi

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

In re:

ELIZABETH CAMPISI

    Debtor.

Case No.: 10-56816 ASW

Chapter 11

Hearing:
Date: 4/26/2011
Time: 1:45 p.m.
Judge: Hon. Arthur S. Weissbrodt

**DECLARATION OF ELAINE GUTTIREZ IN SUPPORT OF MOTION TO SELL REAL PROPERTIES FREE AND CLEAR OF LIEN OF ERNEST AVILA AND TO PAY ALL NET PROCEEDS TO ERNEST AVILA**
**(402 Sally Street & 125 Fourth Street, Hollister, California)**

I, ELAINE GUTTIREZ, state as follows:

1. I am over the age of Eighteen (18) and the matters stated herein are of my own personal knowledge.

2. I have known Elizabeth Campisi ("Campisi" or Debtor") for several years. I work at an accounting office and met her when she became a client of the office. I have had no personal contact with Campisi since February 2009.

3. During or about August 8, 2008, Campisi asked me to accompany her to the First American Title office in Hollister where she needed to sign loan documents for a loan she was getting.

4. Sandy Avila ("Sandy"), Ernest Avila's daughter in law and I spoke on the telephone while we were at the title office.

5. Campisi asked me to speak to Sandy on her behalf. To the best of my recollection my conversation with Sandy was regarding additional collateral for the loan and the interest rate.

I declare under penalty of perjury that the above is true and correct and of my own personal knowledge except as to matters stated upon my information and belief and as to those matters I believe them to be true. Executed this _15th_ day of April 2011 at _Hollister_ California.

_____
ELAINE GUTTIREZ

DECLARATION OF ELAINE GUTTIREZ IN SUPPORT OF MOTION TO SELL PROPERTIES FREE AND CLEAR OF LIENS (402 Sally Street & 125 Fourth Street, Hollister, California)

-2-