ELAINE M. SEID (Bar No. 72588)
McPHARLIN, SPRINKLES
    & THOMAS LLP
160 W. Santa Clara, Suite 400
San Jose, California 95113
Telephone (408) 293-1900
Facsimile (408) 293-1999
emseid@mstpartners.com

Attorneys Debtor
Elizabeth Campisi

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>ELIZABETH CAMPISI<br>    Debtor.<br>. | Case No.: 10-56816 ASW<br><br>Chapter 11<br><br>Hearing:<br>Date:   5/17/2011<br>Time:   2:15 p.m.<br>Judge:  Hon. Arthur S. Weissbrodt |

**MOTION TO SELL REAL PROPERTY**
**FREE AND CLEAR OF LIEN OF ERNEST AVILA**
**(2780 Southside Road, Hollister, California)**

Pursuant to 11 U.S.C. §363(f) Debtor Elizabeth Campisi ("Debtor" or "Campisi") hereby moves the Court to approve the sale of her property located at and commonly known as 2780 Southside Road, Hollister, California (the "Southside Property"), free and clear of the lien of Ernest Avila ("Avila"), with his lien to attach to the proceeds of sale in the same priority, manner and amount as it is attached to the Southside Property.

The sale is to John Brigantino Retirement Plan & Trust and Vice Brigantino Retirement Plan and Trust or assigns ("Buyer") for the purchase price of $485,000 ("Purchase Price"), substantially on the terms and conditions of the Residential

1 | Purchase Agreement and Joint Escrow Instructions ("Purchase Agreement"), a copy of
2 | which is attached as Exhibit A to the accompanying and related Motion To Sell Real
3 | Property (2780 Southside Rd, Hollister, California) (the "Case Sale Motion") properly
4 | noticed and set for hearing on May 17, 2011 at 2:15 p.m. and additionally attached as
5 | Exhibit A to the supporting Memorandum of Points and Authorities ("MPA.")
6 |     The sale of the Southside Property free and clear of Avila's lien is proper under
7 | 11 U.S.C. §363(f)(3) and (4). First, Avila's interest is a lien and the Purchase Price is
8 | greater than the aggregate value of all liens against the Southside Property.
9 | 11 U.S.C. §363(f)(3). Secondly, Avila's claim is in bona fide dispute. 11 U.S.C.
10 | §363(f)(4).
11 |     The motion (the "Sale Free and Clear Motion") is made on this motion, the Case
12 | Sale Motion, the MPA, the supporting declarations of Elizabeth Campisi, the Debtor's
13 | prior motion to sell the other two properties free and clear of Avila's lien[1], the Certified
14 | Application for Order Shortening Time, and such other and further matter as the Court
15 | may consider at the hearing.
16 | Dated: April 28, 2011

McPharlin Sprinkles & Thomas, LLP

By: /s/ Elaine M. Seid
ELAINE M. SEID
Attorneys for Debtor
Elizabeth Campisi

---

[1] Debtor's moving papers were filed as Documents [140], [141], [142], [143], & [146]

MOTION TO SELL REAL PROPERY FREE AND CLEAR OF LIEN OF ERNEST AVILA (2780 Southside Road, Hollister, California)

-2-