

Breck E. Milde
bmilde@terra-law.com

March 25, 2011

Elaine M. Seid
McPharlin, Sprinkles and Thomas
160 W. Santa Clara St., Suite 400
San Jose, CA 95113

      Re:    *In re Elizabeth Campisi*

Dear Ms. Seid:

    I have attached a Payoff Demand on behalf of secured creditor Ernest Avila in response to your client's request. Additionally, the payoff demand shall be deemed to include attorneys' fees and legal costs incurred by Mr. Avila in connection with the bankruptcy case in the total amount of $13,366.40.

                            Very truly yours,

                            TERRA LAW LLP

                            Breck E. Milde

BEM:emt
Enclosure
1166181



# ALL AMERICAN FORECLOSURE SERVICE

1363 Marsh Street, San Luis Obispo, California 93401
(805) 543-7088 Phone  (805) 543-7332 Fax  info@aaforeclosure.com

## PAYOFF DEMAND

3/24/2011

Present Owner: 41497
Property Address: 2780 Southside Road, 402 Sally St. & 125 4th Street
Hollister, CA 95023

Escrow Number:

AAFS Trustee Sale No.: 41497
Deed of Trust recorded 9/9/2008 Doc # 2008-0008810

| | |
|---|---:|
| Unpaid Principal Balance: | $300,000.00 |
| Accrued Interest @ 12 % per annum from 8/9/2010 to 4/8/2011 | $23,868.49 |
| 7 Late Charges @ $300.00 from 9/9/2010 to 4/8/2011 | $2,100.00 |
| Foreclosure Fees Paid @ 0% to 4/8/2011 | $1,580.00 |
| Foreclosure Fees Paid @ 0% to 4/8/2011 | $2,403.82 |
| Accrued Late Charges @ 0% to 8/9/2010 | $2,700.00 |
| Attorney Fees @ 12% to 4/8/2011 | $2,000.00 |
| Interest on Advances | $149.92 |
| Foreclosure Fees and Expenses | $1,240.00 |
| Demand Fee | 30.00 |
| Wire Fee (include if electronically transferring funds) | 15.00 |
| Draw and Record Reconveyance | 45.00 |
| **Total (subject to below comments)** | **$334,332.23** |

**ATTORNEY'S FEES NOT PAID BY TRUSTOR SHALL BE COLLECTED UPON STATEMENT FROM TRUSTOR'S ATTORNEY.**

- The above Unpaid Principal will accrue interest at the rate of $98.63 per day from 4/8/2011 and continue through the date funds are received in our office.
- Please find attached to this payoff demand a copy of the Trust Deed and Promissory Note for your reference.
- Upon payment in full from this demand statement, we will cause to be recorded a Full Reconveyance.
- Any funds received after 3:00 PM on Friday please include 3 days additional interest.
- Additional Late Charge of $300.00 may be due if payoff received after 4/19/2011.
- It is imperative that you contact our office prior to closing for updates/changes to this demand as legal fees continue to be incurred by the beneficiary.
- Make check payable to All American Foreclosure Service.
- Wire instructions below.

### This demand shall expire 4/8/2011

Regards,
Donald K. Vaughn, Trustee Sale Officer

#### Wire Instructions

Bank Information: Heritage Oak Bank, 545 12th Street, Paso Robles, CA 93456  Telephone: (805) 369-5108
Wire To: All American Foreclosure Service, Inc., 1363 Marsh Street, San Luis Obispo, CA 93401
Telephone: (805) 543-7088
Trust Account No.: 1465856
Routing No.: 122239982

Page 1 of 2 – All American Foreclosure Service Demand for Payoff
EXHIBIT B, Page 2

Case: 10-56816   Doc# 154-3   Filed: 04/28/11   Entered: 04/28/11 15:25:00   Page 2 of 2