

# Settlement Statement (HUD-1)

OMB Approval No. 2502-0265

| A. Settlement Statement | B. Type of Loan | |
|---|---|---|
| **First American Title Company**<br>Estimated Statement | 1-5. Loan Type: Conv. Unins. | |
| | 6. File Number: 2701-3704725 | |
| | 7. Loan Number: | |
| | 8. Mortgage Insurance Case Number: | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(POC)" were paid outside this closing; they are shown here for informational purposes and are not included in the totals.

D. Name of Borrower: Tony LoBue

E. Name of Seller: Elizabeth Campisi, Trustee of the Elizab
125 4th Street and 402 Sally Street, Hollister, CA

F. Name of Lender:

G. Property Location: 125 4th Street and 402 Sally Street, Hollister, CA

H. Settlement Agent: First American Title Company   (831)424-0317
Address: 60 West Market, Suite 140, P.O. Box 970, Salinas, CA 93901
Place of Settlement Address: 60 West Market, Suite 140, P.O. Box 970, Salinas, CA 93901

I. Estimated Settlement Date: 05/03/2011
Print Date: 04/27/2011, 1:43 PM
Disbursement Date:
Signing Date:

| J. Summary of Borrower's Transaction | | K. Summary of Seller's Transaction | |
|---|---:|---|---:|
| **100. Gross Amount Due from Borrower** | | **400. Gross Amount Due to Seller** | |
| 101. Contract Sales Price | 245,000.00 | 401. Contract sales price | 245,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 2,304.50 | 403. Total Deposits | |
| 104. Supplemental Summary | 1,538.13 | 404. | |
| 105. | | 405. | |
| *Adjustments for items paid by seller in advance* | | *Adjustments for items paid by seller in advance* | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 113. | | 413. | |
| 114. | | 414. | |
| 115. | | 415. | |
| **120. Gross Amount Due from Borrower** | **248,842.63** | **420. Gross Amount Due to Seller** | **245,000.00** |
| **200. Amounts Paid by or on Behalf of Borrower** | | **500. Reductions In Amount Due to Seller** | |
| 201. *Deposit or earnest money | 2,500.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | | 502. Settlement charges to seller (line 1400) | 1,200.00 |
| 203. Existing loan(s) taken subject | | 503. Existing loan(s) taken subject | |
| 204. | | 504. Payoff of first mortgage loan to Ernest Avila | 232,946.17 |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. 1st Install 10/11 Taxes/Penalty - 054-101-002 to San Benito County | 559.40 |
| 207. | | 507. 1st Install 10/11 Taxes/Penalty - 054-101-003 to San Benito County | 917.73 |
| 208. | | 508. Defaulted Taxes 054-101-002 thru 5/11 to San Benito County Tax | 2,994.04 |
| 209. | | 509. Defaulted Taxes 054-101-003 thru 5/11 to San Benito County Tax | 2,134.44 |
| *Adjustments for items unpaid by seller* | | *Adjustments for items unpaid by seller* | |
| 210. City/town taxes | | 510. City/town taxes | |
| 211. County taxes 05/03/11 to 07/01/11 @$2732.98/yr | 441.77 | 511. County taxes 05/03/11 to 07/01/11 @$2732.98/yr | 441.77 |
| 212. Assessments | | 512. Assessments | |
| 213. Assign Tenant Security Deposit | 2,000.00 | 513. Assign Tenant Security Deposit | 2,000.00 |
| 214. Rents 05/03/11 to 05/31/11 @$2000.00/mo | 1,806.45 | 514. Rents 05/03/11 to 05/31/11 @$2000.00/mo | 1,806.45 |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | **6,748.22** | **520. Total Reduction Amount Due Seller** | **245,000.00** |
| **300. Cash at Settlement from/to Borrower** | | **600. Cash at Settlement to/from Seller** | |
| 301. Gross amount due from borrower (line 120) | 248,842.63 | 601. Gross amount due to seller (line 420) | 245,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 6,748.22 | 602. Less reductions in amounts due seller (line 520) | 245,000.00 |
| **303. Cash (X From) ( To) Borrower** | **242,094.41** | **603. Cash ( To) ( From) Seller** | |

Previous editions are obsolete.
\* See Supplemental Page for details.   \*\* Paid on Behalf of Borrower.   POC-B (Borrower); POC-S (Seller); POC-L (Lender); POC-MB (Mortgage Broker).

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting the data. This agency may not collect this information, and you are not required to complete this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed to provide the parties to a RESPA covered transaction with information during the settlement process.

Page 1

File No. 2701-3704725

| L. Settlement Charges | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|
| **700. Total Real Estate Broker Fees** | | | |
| Division of commission (line 700) as follows: | | | |
| 701. | | | |
| 702. | | | |
| 703. Commission paid at settlement | | | |
| 704. | | | |
| **800. Items Payable in Connection with Loan** | | | |
| 801. Our origination charge | (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | (from GFE #2) | | |
| 803. Your adjusted origination charges | (from GFE A) | | |
| 804. Appraisal fee | (from GFE #3) | | |
| 805. Credit report | (from GFE #3) | | |
| 806. Tax service | (from GFE #3) | | |
| 807. Flood certification | (from GFE #3) | | |
| 808. | | | |
| 809. | | | |
| 810. | | | |
| 811. | | | |
| **900. Items Required by Lender to Be Paid in Advance** | | | |
| 901. Daily interest charges from | (from GFE #10) | | |
| 902. | (from GFE #3) | | |
| 903. Homeowner's insurance | (from GFE #11) | | |
| 904. | | | |
| 905. | | | |
| 906. | | | |
| **1000. Reserves Deposited with Lender** | | | |
| 1001. Initial deposit for your escrow account | (from GFE #9) | | |
| 1002. Homeowner's insurance | | | |
| 1003. Mortgage insurance | | | |
| 1004. Property taxes | | | |
| 1005. | | | |
| 1006. | | | |
| 1007. Aggregate Adjustment | | | |
| **1100. Title Charges** | | | |
| 1101. Title services and lender's title insurance | (from GFE #4) | 1,145.00 | |
| 1102. Settlement or closing fee    $1,125.00 | | | |
|     to First American Title Company | | | |
| 1103. Owner's title insurance - First American Title Company | (from GFE #5) | 876.00 | |
| 1104. Lender's title insurance | | | |
| 1105. Lender's title policy limit    $ 0.00 | | | |
| 1106. Owner's title policy limit    $ 245,000.00 | | | |
| 1107. Agent's portion of the total title insurance premium    $ 613.20 | | | |
|     to First American Title Company | | | |
| 1108. Underwriter's portion of total title insurance premium    $ 262.80 | | | |
|     to First American Title Insurance Company | | | |
| 1109. | | | |
| 1110. | | | |
| 1111. | | | |
| 1112. | | | |
| **1200. Government Recording and Transfer Charges** | | | |
| 1201. Government recording charges | (from GFE #7) | 14.00 | |
| 1202. Recording fees:  Deed $14.00  Mortgage $0.00  Release $0.00 | | | |
| 1203. Transfer taxes | (from GFE #8) | 269.50 | |
| 1204. City/county tax/stamps:  Deed $269.50  Mortgage $0.00 | | | |
| 1205. State tax/stamps: | | | |
| 1206. | | | |
| 1207. | | | |
| 1208. | | | |
| 1209. | | | |
| 1210. | | | |
| **1300. Additional Settlement Charges** | | | |
| 1301. Required services that you can shop for | (from GFE #6) | | |
| 1302. Furnace Installation to Rianda Air | | | 1,200.00 |
| 1303. | | | |
| 1304. | | | |
| 1305. | | | |
| 1306. | | | |
| 1307. | | | |
| 1308. | | | |
| 1309. | | | |
| 1310. | | | |
| 1311. | | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | **2,304.50** | **1,200.00** |

\* See Supplemental Page for details.    \*\* Paid on Behalf of Borrower.    POC-B (Borrower); POC-S (Seller); POC-L (Lender); POC-MB (Mortgage Broker).
EXHIBIT C, Page 2

| Comparison of Good Faith Estimate (GFE) and HUD-1 Charges | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| **Charges That Cannot Increase** | HUD-1 Line Number | | |
| Our origination charge | # 801 | 0.00 | |
| Your credit / charge (points) for the specific interest rate chosen | # 802 | 0.00 | |
| Your adjusted origination charges | # 803 | 0.00 | |
| Transfer taxes | # 1203 | 0.00 | 269.50 |

| Charges That in Total Cannot Increase More Than 10% | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Government recording charges | # 1201 | 0.00 | 14.00 |
| Title services and lender's title insurance | # 1101 | 0.00 | 1,145.00 |
| Owner's title insurance | # 1103 | 0.00 | 876.00 |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| | # | | |
| | Total | | 2,035.00 |
| | Increase between GFE and HUD-1 Charges | $2,035.00  or | N/A |

| Charges That Can Change | | Good Faith Estimate | HUD-1 |
|---|---|---|---|
| Initial deposit for your escrow account | # 1001 | 0.00 | |
| Daily interest charges | # 901 | 0.00 | |
| Homeowner's insurance | # 903 | | |
| | # | | |
| | # | | |
| | # | | |

**Loan Terms**

| | |
|---|---|
| **Your initial loan amount is** | $ 0.00 |
| **Your loan term is** | years |
| **Your initial interest rate is** | % |
| **Your initial monthly amount owed for principal, interest, and any mortgage insurance is** | $ includes<br>☐ Principal<br>☐ Interest<br>☐ Mortgage Insurance |
| **Can your interest rate rise?** | ☐ No.  ☐ Yes, it can rise to a maximum of %. The first change will be on and can change again every after . Every change date, your interest rate can increase or decrease by %. Over the life of the loan, your interest rate is guaranteed to never be lower than % or higher than %. |
| **Even if you make payments on time, can your loan balance rise?** | ☐ No.  ☐ Yes, it can rise to a maximum of $ . |
| **Even if you make payments on time, can your monthly amount owed for principal, interest, and mortgage insurance rise?** | ☐ No.  ☐ Yes, the first increase can be on and the monthly amount owed can rise to $ .<br>The maximum it can ever rise to is $ . |
| **Does your loan have a prepayment penalty?** | ☐ No.  ☐ Yes, your maximum prepayment penalty is $ . |
| **Does your loan have a balloon payment?** | ☐ No.  ☐ Yes, you have a balloon payment of $ due in years on . |
| **Total monthly amount owed including escrow account payments** | ☐ You do not have a monthly escrow payment for items, such as property taxes and homeowner's insurance. You must pay these items directly yourself.<br>☐ You have an additional monthly escrow payment of $ that results in a total initial monthly amount owed of $ . This includes principal, interest, any mortgage insurance and any items checked below:<br>☐ Property taxes  ☐ Homeowner's insurance<br>☐ Flood insurance<br>☐  ☐<br>☐  ☐<br>☐  ☐ |

**Note:** If you have any questions about the Settlement Charges and Loan Terms listed on this form, please contact your lender.

| | File No. 2701-3704725 |
|---|---|
| Supplemental Page<br>HUD-1 Settlement Statement | |
| **First American Title Company**<br>**Estimated Statement** | Loan No. |
| | Settlement Date: |

**Borrower Name & Address:** Tony LoBue

**Seller Name & Address:** Elizabeth Campisi, Trustee of the Elizab
125 4th Street and 402 Sally Street, Hollister, CA

| Section J. Summary of Borrower's Transaction continue | | | |
|---|---|---|---|
| 100. Gross Amount Due From Borrower | | Borrower Charges | Borrower Credits |
| 104. Supplemental Summary | 1,538.13 | | |
| a) 2nd Install 10/11 Taxes - 054-101-002 to San Benito County Tax Collector | | 609.90 | |
| b) 2nd Install 10/11 Taxes - 054-101-003 to San Benito County Tax Collector | | 928.23 | |
| 200. Amounts Paid By Or In Behalf of Borrower | | | |
| 201. Supplemental Summary | 2,500.00 | | |
| a. Initial Deposit | | | 2,500.00 |

| The following Section is restated from the Settlement Statement Page 1 | | | |
|---|---|---|---|
| 300. Cash at Settlement from/to Borrower | | 600. Cash at Settlement to/from Seller | |
| 301. Gross amount due from borrower (line 120) | 248,842.63 | 601. Gross amount due to seller (line 420) | 245,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 6,748.22 | 602. Less reductions in amounts due seller (line 520) | 245,000.00 |
| 303. Cash (X From) ( To) Borrower | 242,094.41 | 603. Cash ( To) ( From) Seller | |

EXHIBIT C, Page 4

Case: 10-56816   Doc# 154-4   Filed: 04/28/11   Entered: 04/28/11 15:25:00   Page 4 of 4

Page 4