

## MARY LOU ANDRADE

Treasurer-Tax Collector-Public Administrator
County of San Benito
440 Fifth Street, Courthouse Rm. 107
Hollister, California 95023

**Navigation**

**Last Search**　　　　　**New Search**　　　　　**Print**
**View TaxBill**

**Assessment Info**

| | |
|---|---|
| Assessment # | 020-280-022-000 |
| Situs | 2780 SOUTHSIDE RD |
| Taxyear | 2010 |
| Feeparcel | 020-280-022-000 |
| Roll Cat | CS |

| Taxes | 1st | 2nd | Total |
|---|---|---|---|
| Paid Status | LATE | LATE | |
| Due/Paid Date | 12/10/2010 | 04/10/2011 | |
| Total Due | $4,346.51 | $4,357.01 | $8,703.52 |
| Total Paid | $0.00 | $0.00 | $0.00 |
| Balance | $4,346.51 | $4,357.01 | $8,703.52 |

**Defaulted Taxes**

| | | |
|---|---|---|
| Def Number | DEF090000147 | |
| Current Pay Plan in Effect | Yes ☐ | No ☑ |
| **Defaulted Tax Balance Through End of Month** | | **$20,943.97** |

**Taxcode Info**

| Tax Code | Rate | 1st | 2nd | Total |
|---|---|---|---|---|
| 00001 | 1 | $3,105.35 | $3,105.35 | $6,210.70 |
| GENERAL PROPERTY TAX | | | | |
| 00806 | 0.0129 | $39.91 | $39.91 | $79.82 |
| HOLLISTER ELEM BOND #6 | | | | |
| 00820 | 0.0284 | $88.08 | $88.08 | $176.16 |
| SB HOSPITAL BOND #2005 | | | | |
| 00845 | 0.0199 | $61.80 | $61.80 | $123.60 |
| GAVILAN 3-2-04 D.S. | | | | |
| 00911 | 0.25 | $642.30 | $642.30 | $1,284.60 |
| SB WATER-SAN FELIPE | | | | |
| 50815 | 0 | $0.54 | $0.54 | $1.08 |
| SBC MOSQUITO ABATEMENT | | | | |
| 50850 | 0 | $7.03 | $7.03 | $14.06 |
| ADVANCED LIFE SUPPORT | | | | |

**Navigation**

**Last Search**　　　　　**New Search**　　　　　**Print**

---

EXHIBIT D, Page 1

Case: 10-56816　Doc# 154-5　Filed: 04/28/11　Entered: 04/28/11 15:25:00　Page 1 of 1