ELAINE M. SEID (Bar No. 72588)
McPHARLIN, SPRINKLES
         & THOMAS LLP
160 W. Santa Clara, Suite 400
San Jose, California  95113
Telephone (408) 293-1900
Facsimile (408) 293-1999
emseid@mstpartners.com

Attorneys Debtor
Elizabeth Campisi

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>ELIZABETH CAMPISI<br>        Debtor.<br>. | Case No.: 10-56816 ASW<br><br>Chapter 11<br><br>Hearing:<br>Date:    5/17/2011<br>Time:    2:15 p.m.<br>Judge:   Hon. Arthur S. Weissbrodt |

**DECLARATION OF ELIZABETH CAMPISI
IN SUPPORT OF MOTION TO SELL REAL PROPERTY AND EMPLOY BROKER
AND IN SUPPORT OF MOTION TO SELL FREE AND CLEAR
OF LIEN OF ERNEST AVILA
(2780 Southside Road, Hollister, California)**

I, Elizabeth Campisi state as follows:

1. I am the debtor herein. I filed my voluntary petition on June 30, 2010 ("Petition Date") and no trustee has been appointed.

2. Attached as Exhibit A to my motion (the "Sale Motion") is a true and correct copy of the Residential Purchase Agreement and Joint Escrow Instructions that I received from John Brigantino retirement Plan & Trust and Vince Brigantino Retirement Plan and Trust and or assignees ("Buyer") and accepted on or about April 14, 2011,

DECLARATION OF ELIZABETH CAMPISI IN SUPPORT OF MOTION TO SELL REAL PROPERTY ETC.

-1-

1 subject to the approval of this Court for my property located at and commonly known as

2 1780 Southside Rd., Hollister, California (the "Southside Property") for the price of

3 $485,000.

4     3.    I employed broker Catherine Freeman of Mid Coast Investments-Carmel

5 who represented me in the sale. She is to receive a three percent (3%) that is to be

6 paid to her directly from the close of escrow.

7     4.    The Buyer has disclosed that some of them are brokers. They have

8 agreed to waive any commission on the sale.

9     5.    Escrow is to close 30 days from the date of acceptance. The prorated

10 property taxes and costs of sale are to be paid directly from escrow.

11     6.    I believe the price and terms are fair given that I must sell my properties in

12 an expedited fashion in order to pay off three hard money secured loans encumbering

13 my properties. I am not related to or affiliated in any way with the Buyer. The sale is

14 the product of arm's length negotiations.

15     7.    I incorporate herein as if fully set forth herein my declaration filed in

16 support of my motion to sell my 4th Street and Sally Street properties free and clear of

17 the deed of trust of Ernest Avila ("Avila") filed on April 15, 2011 as document [140-3]

18 with Exhibits A [140-4] and B [140-5].

19     8.    I dispute the amount of Avila's secured claim on the basis, among others,

20 that it includes include interest in excess of the legal rate and is therefore not

21 recoverable.

22     9.    I request Avila's lien on the Southside Property be released from the

23 Southside Property and attached to the proceeds of sale to the extent necessary to

24 otherwise pay Avila's claim in full with Avila's claimed share of the proceeds to be held

25

1 | in an interest bearing trust account by Avila's attorneys pending resolution of the
2 | disputes related to Avila's claim.
3 |     I declare under penalty of perjury that the above is true and correct and of my
4 | own persona knowledge. Executed this 26 day of April 2011 at
5 | San Jose, California.

*Elizabeth Campisi* (signature)
Elizabeth Campisi

DECLARATION OF ELIZABETH CAMPISI IN SUPPORT OF MOTION TO SELL REAL PROPERTY ETC.