1   CAMPEAU GOODSELL SMITH, L.C.
    SCOTT L. GOODSELL, #122223
2   WILLIAM J. HEALY, #146158
    440 N. 1st St., #100
3   San Jose, California   95113
    Telephone:   (408) 295-9555
4
    ATTORNEYS FOR
5   Regina Grasso, as Conservator for
    the Estate of Concetta Bertuccio, Conservatee
6

7

8                  UNITED STATES BANKRUPTCY COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        (San Jose Division)

11  In re:                          )   Case No. 10-56816 ASW
                                    )
12  ELIZABETH CAMPISI,              )        CHAPTER 11
                                    )
13                                  )   **NOTICE OF MOTION FOR LEAVE**
                Debtor.             )   **TO FILE PROOF OF CLAIM AND**
14                                  )   **ADVERSARY PROCEEDING**

15                                      Date:  June 23, 2011
16                                      Time:  2:15 p.m.
                                        Location:
17                                          United States Bankruptcy Court
                                            Courtroom 3020
18                                          280 South First Street
                                            San Jose, CA 95113-3099
19
    _____ )
20
    **To The Honorable Arthur S. Weissbrodt; United States Bankruptcy Judge, The Office**
21
    **of The United States Trustee, the Debtor Elizabeth Campisi, and all interested parties:**
22
              PLEASE TAKE NOTICE that on June 23, 2011, at 2:15 p.m., before the Honorable
23
    Arthur S. Weissbrodt, United States Bankruptcy Judge, at the United States Bankruptcy
24
    Court, located at 280 South First St., San Jose, CA 95113, Regina Grasso, as Conservator
25
    for the Estate of Concetta Bertuccio, Conservatee ("Conservator") will move the court for
26
    leave to file proof of claim and adversary proceeding. This motion will be based on this
27
    notice, the motion and related pleadings, and upon such further oral or documentary\
28

evidence as may be presented at the hearing. This motion is made pursuant to 11 U.S.C. § 105 and 523, Bankruptcy Rules 3001-3003, 4004, 9006, 9013, and 9014, and Bankruptcy Local Rule 9014-1, and is the based on Conservator believes Conservatee has claims against Debtor and her estate, wishes, inter alia, to assert these claims in the form of a proof of claim, and wishes to proceed with the filing of an adversary complaint to determine the dischargeability of such claims and such claims are asserted in good faith and Debtor and her estate will not be unduly prejudiced by the filing of a proof of claim or adversary proceeding.

Objections to the motion, if any, must be in writing, filed with the clerk of the Bankruptcy Court, and served on Scott L. Goodsell at Campeau Goodsell Smith, 440 N. 1st St., #100, San Jose, California 95112, no later than fourteen (14) days before the hearing. In the absence of opposition, Debtor will request an order granting the requested relief, in whole or in part, on a default basis without further notice. This motion will be based on this notice, the motion, memorandum of points and authorities and supporting declarations on file with the clerk of the Bankruptcy Court, the records and files of this court, and upon such further oral or documentary evidence as may be presented at the hearing. Creditors and other parties in interest may review the motion on file with the clerk of the Bankruptcy Court at the above-described address.

Dated: April 27, 2011

CAMPEAU GOODSELL SMITH
/s/ William J. Healy
William J. Healy