LAUDERDALE LAW OFFICES
JAMES M. LAUDERDALE  59640
150 Carmelito Avenue
Monterey, CA  93940
(831) 646-1306
 Fax  646-1615

Attorney for creditor Saunders Company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: CAMPISI, Elizabeth,<br><br>　　　Debtor.<br>_____ | No:  10-56816 ASW<br>Chapter 11<br><br>**OBJECTION BY CREDITOR SAUNDERS COMPANY TO DEBTOR'S USE OF CASH COLLATERAL ON THE BASIS OF DEFECTIVE SERVICE**<br><br>Date:  June 30, 2011<br>Time: 2:15 p.m.<br>Place:  U.S. Bankruptcy Court<br> 280 S. First St., Room 3020, San Jose, CA |

　　　The debtor in possession, Elizabeth Campisi, requested an order shortening time on a hearing for the debtor's motion for the authorization to extend the cash collateral order and for the use of cash collateral of the Saunders Company.  That order was signed on June 15, 2011, a copy of that order is attached.

　　　That order required the debtor in possession to serve moving papers no later than June 15, 2011 to the Saunders Company, the U.S. Trustee, and to the attorneys of record.

　　　Any written response was required by June 23, 2011.

　　　This objector has been the attorney for the Saunders Company for the past year and the debtor in possession elected not to provide notice to the undersigned and a true copy of the proof

of service is attached hereto indicating that notice was apparently provided to my client, but was not provided to me, nor was it provided to the U.S. Trustee.

This declarant was not provided sufficient time to object to the motion for authorization to extend cash collateral order and hereby incorporates all previous objections and this declarant requests that this court deem those objections as being timely filed.

This Campisi creditor, by and through its attorney also objects to the request of the debtor in possession for an order shortening time, not only for the hearing on the motion, but also for the response.

This matter was heard in March of 2011 and the expiration date for the cash collateral order was entered in June of 2011. There was no reason for the debtor in possession to wait until the last minute before filing these pleadings. She had ample opportunity to file these pleadings within the past three months. This is a burden and a hardship on the creditor and there's simply no reason for this to be done on a shortened notice.

The Saunders Company respectfully requests that the request of the debtor in possession for the extended use of the cash collateral be denied on the basis that notice was not provided as required by this court.

This objecting creditor also requests that the request for the continued use of the cash collateral be denied for the reasons previously articulated by this objecting creditor. The debtor in possession simply has made no progress this past year she has been in chapter 11.

Dated: June 23, 2011                                   Respectfully Submitted,

                                                       By  /s/  James M. Lauderdale
                                                           Bar No.  59640