Concetta Bertuccio
935 Oak Creek Ct.
Hollister, CA 95023
(408) 804-3815

In pro persona

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

ELIZABETH CAMPISI

　　Debtor.

.

Case No: 10-56816 ASW

Chapter 11

No Hearing Required or Pending:

## WITHDRAWAL OF OBJECTION TO MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS
(2780 Southside Road, Hollister, California)

I, Concertta Bertuccio, state as follows:

1.　On or about August 19, 2010, the San Benito County Superior Court appointed my daughter, Regina Grasso ("Regina"), as the conservator of my estate. I had consented to the conservatorship at my daughter's urging.

2.　On or about May 5, 2011, without my prior knowledge or consent, Regina, acting in her capacity as the conservator of my estate, caused to be filed in the above

WITHDRAWAL OF OBJECTION TO MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS (2780 Southside Road, Hollister, California)

1

Case: 10-56816    Doc# 197    Filed: 07/18/11    Entered: 07/18/11 21:51:02    Page 1 of 2

1. captioned case her Objection to Motion to Sell Real Property Free and Clear of Liens
2. ("Sale Objection") reflected on the Court's docket as document [169].
3. 3. I do not assert a "conservator lien claim" or any "lien claim" over Debtor's
4. Southside Property, nor over the sales proceeds from her sale of her property.
5. 4. I moved in the San Benito Superior Court to terminate the conservatorship
6. of my estate (the "Termination Motion") as I am capable and competent to manage my
7. assets and affairs and because I disagreed with Regina's management of my estate.
8. 5. The San Benito Superior Court granted my Termination Motion at the
9. June 2, 2011 hearing of my motion. A true and correct copy of the minute order is
10. attached hereto as Exhibit A. I request the Court to take judicial notice of the formal
11. signed written order once that order is entered.
12. 6. Having regained full legal authority over my estate, I hereby withdraw with
13. prejudice the Sale Objection.
14. 7. I confirm that I do not have any interest in or claim to the Southside
15. Property or the sales proceeds of the Southside Property.
16. 8. To the extent the Court has barred the distribution of the sale proceeds
17. from the Debtor's sale of her Southside Property on account of the Sale Objection, I
18. hereby request the Court to dissolve and terminate the bar and consent to the full
19. dissolution of the bar.
20. I declare under penalty of perjury that the above is true and correct. Executed
21. this 15T day of July, 2011 at Hollister, California.

CONCETTA BERTUCCIO

WITHDRAWAL OF OBJECTION TO MOTION TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS (2780 Southside Road, Hollister, California)

2

Case: 10-56816   Doc# 197   Filed: 07/18/11   Entered: 07/18/11 21:51:02   Page 2 of 2