IN THE SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BENITO

|  |  |
|---|---|
| In Re: Conservatorship of: Bertuccio, Concetta, et al<br>Plaintiff/Petitioner,<br><br>vs.<br><br>Defendant/Respondent. | Case No. PR-10-00023<br><br>Event Date: June 2, 2011<br>Event Type: Hearing: Other<br><br>Judge: Harry J Tobias<br>Clerk: Amelia Hernandez<br>Reporter: Paula Ellingworth |

## Minutes

Appearances: ☐ No appearances

☒ Plaintiff/Petitioner: Concetta Bertuccio    ☒ Attorney: Maria Pleyte   ☐ Telephonic

☐ Defendant/Respondent: _____    ☒ Attorney: Hamerstad   ☐ Telephonic

☐    _____    ☐ Attorney: _____   ☐ Telephonic

☐    _____    ☐ Attorney: _____   ☐ Telephonic

Matter on calendar for two motions, to terminate conservatorship. Motion for attorney fees.

M. Pleyte made statement, supporting request to terminate conservatorship of Ms. Bertuccio.
Has letter from Doctor indicating, Ms Bertuccio is capable of making her own decisions.
Ms. Bertuccio disagrees with her daughters decisions, no longer wishes to have conservatorship in place.

Ms Hamerstad, objects to termination, makes statement, she is not capable of making decisions, deal with financial affairs, mental health evaluation.
Requests continuance, for brief discovery, make contact with Ms. Bertuccios Doctor.
Request for continuance is denied.

Court grants petition, over Ms. Hamersted objections.
Terminate conservatorship

Motion for attorney fees continued to July 21, 11 at 1:30 pm