ELAINE M. SEID (Bar No. 72588)
McPHARLIN, SPRINKLES
    & THOMAS LLP
160 W. Santa Clara, Suite 400
San Jose, California 95113
Telephone (408) 293-1900
Facsimile (408) 293-1999
emseid@mstpartners.com

Attorneys Debtor
Elizabeth Campisi

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

In re:

ELIZABETH CAMPISI

    Debtor.

.

Case No.: 10-56816 ASW
Chapter 11

Hearing:
Date: 8/23/2011
Time: 2:15 p.m.
Judge: Hon. Arthur S. Weissbrodt

### DECLARATION OF ELIZABETH CAMPISI IN SUPPORT OF MOTION FOR AUTHORIZATIONTO OBTAIN SECURED CREDIT 11 U.S.C.§364(c)
### (Private Capital)

I, Elizabeth Campisi state as follows:

1. I am the Debtor herein. I filed my chapter 11 case on June 30, 2010 ("Petition Date.") No trustee has been appointed. I am the debtor in possession.

2. I filed my Chapter 11 case to provide me with time to take care of three hard money loans referred to herein as the Saunders I, Saunders II and Avila loans.

3. The Avila loan has been paid and is fully satisfied from the proceeds of the sale of the real properties that was securing the Avila loan. Approximately $200,000 remains in the blocked debtor in possession account at Wells Fargo Bank from the sale of my property referred to herein as 2780 Southside, Hollister, California.

DECLARATION OF ELIZABETH CAMPISI IN SUPPORT OF MOTION FOR AUTHORIZATION TO OBTAIN SECURED CREDIT UNDER 11 U.S.C. §364(C) (Private Capital)
-1-

Case: 10-56816    Doc# 207-9    Filed: 08/17/11    Entered: 08/17/11 16:01:36    Page 1 of 3

4. I have listed for sale my properties known as Cienega A and Cienega B. It is my belief and the belief of the listing broker that the net proceeds from the sale of these properties would be adequate to pay off the Saunders I and Saunders II loans. However, given the current depressed real estate market and the lack of financing to fund the acquisition of properties such as the Cienega Properties it is uncertain when the Cienega properties will sell, although it could sell any time.

5. Private Capital owned by Jim Petralia has offered to me secured credit in the form of two loans in the approximate amount of $390,000 each, one to be secured by my property known as Fairview (that currently secures the Saunders I loan) and the other to be secured by my property known as Cienega A and Cienega B (that currently secures the Saunders II loan.) The new Fairview Loan and Cienega Loan will be funded by individuals who are clients of Private Capital.

6. The terms of the new financing are as those disclosed in the disclosures attached as Exhibits A and B to the Memorandum of Points and Authorities in support of my motion ("MP&A.") The loans will be for four (4) years, accrue interest at 9% per annum with monthly payments of interest only. A prepayment penalty in the amount of 6 months interest is charged only if prepaid during the first 6 months of the loan.

7. The terms of the new financing are more favorable that the terms of the Saunders I and Saunders II loans. The new financing together with the balance of the proceeds from the sale of the Southside Property should be adequate to pay off the amounts owed on the Saunders I and Saunders II loans.

8. I have not had a chance to review the full accounting for the Saunders I and Saunders II loans and believe there may be excess or improper charges. Further

my attorney has requested copies of the attorneys bills supporting the attorney's fees claimed by the Saunders Company and, to my knowledge, neither the Saunders Company nor its attorneys has provided the copies requested. Accordingly, I dispute the amounts claimed for the Saunders I and Saunders II subject to being provided supporting documentation of all the charges for my review and approval.

9. The current rental income from the Fairview Property is $6,600 and the Cienega Property is $2650 for aggregate monthly rents of $9,250. The monthly rents are adequate to pay the monthly interest payments on the new financing of approximately $6,000 per month.

10. I am not able to obtain financing on an unsecured basis in an amount sufficient to pay in full the Saunders I and Saunders II loans.

I declare under penalty of perjury that the above is true and correct and of my own personal knowledge. Executed this 17 day of August 2011 at Hollister, California.

*Elizabeth Campisi*
Elizabeth Campisi

MOTION AUTHORIZING DEBTOR TO OBTAIN SECURED CREDIT UNDER 11 U.S.C. §364(C) (Private Capital)

-3-