LAUDERDALE LAW OFFICES
JAMES M. LAUDERDALE  59640
150 Carmelito Avenue
Monterey, CA  93940
(831) 646-1306
 Fax  646-1615

Attorney for creditor Saunders Company

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: CAMPISI, Elizabeth,<br><br>    Debtor.<br>_____ | No: 10-56816 ASW<br>Chapter 11<br><br>**RESPONSE OF THE SAUNDERS COMPANY TO DEBTOR'S REQUEST FOR AUTHORIZATION TO OBTAIN SECURED CREDIT**<br><br>Date: Aug. 23, 2011<br>Time: 2:15 p.m.<br>Place: U.S. Bankruptcy Court<br> 280 S. First St., Room 3020, San Jose, CA |

    The Saunders Company, hereby consents to the request of Campisi to obtain secured credit only on the condition that the contractual obligation due to the Saunders Company is paid in full.

    The movant has asserted that the Saunders Company has failed to provide the supporting documentation with respect to its demand.  That assertion is absolutely and completely false. Attached hereto is the *first* demand submitted by the Saunders Company directed to Elaine Seid.  Those demands were submitted to the escrow holder on March 23, 2011.  To that demand was attached all the supporting documentation requested by attorney Seid.  Those documents were provided to her by email and followed up by hard copy.

Elaine Seid, the attorney for Campisi, has had the demand of the Saunders Company in hand for almost five months and to date has raised no objection of any kind to the demand. Even now, Elaine Seid has not identified any portion of the demand on which there is a legitimate dispute. The demand is primarily a mathematical exercise and if Ms. Seid has a question about the mathematics, she has had ample opportunity to do the math herself.

All the amounts that are due and payable are supported by the note secured by the deed of trust. This loan is an over secured loan and pursuant to 11 U.S.C. § 506, the lender is entitled to the benefit of their contract in full. They are entitled to their principal, the interest, late charges, and attorney's fees, all of which have been identified and provided to counsel for the debtor for a period of months.

Dated: August 19, 2011                           Respectfully Submitted,

                                        By  /s/  James M. Lauderdale
                                             Bar No.  59640