ELAINE M. SEID (Bar No. 72588)
McPHARLIN, SPRINKLES
    & THOMAS LLP
160 West Santa Clara, Suite 400
San Jose, California 95113
Telephone (408) 293-1900
Facsimile (408) 293-1999
emseid@mstpartners.com

Attorneys for Debtor
ELIZABETH CAMPISI

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

In re:

ELIZABETH CAMPISI

    Debtor.

.

) Case No: 10-56816 ASW
)
) Chapter 11
)
) Hearing: July 3, 2014
) Time: 2:30 p.m.
) Court: Judge Weissbrodt
)

**CERTIFIED EX PARTE MOTION
REQUESTING COURT RESERVE JURISDICTION
TO CONSIDER ALLOWANCE OF COMPENSATION FOR DEBTOR'S ATTORNEY**

I, Elaine M. Seid, state as follows;

1. I am a member of the State Bar of California, duly admitted to this Court and a partner of McPharlin Sprinkles & Thomas LLP, the attorneys of record for the Debtor herein.

2. The Court has dismissed the above captioned case upon the motion of the U.S. Trustee. The dismissal is stayed until July 4, 2014.[1]

3. The Court has set a further hearing for July 3, 2014, to considered

---

[1] Order entered March 28, 2014 as [360] on PACER docket.

CERTIFIED EX PARTE MOTION REQUESTING COURT RESERVE JURISDICTION TO CONSIDER
ALLOWANCE OF COMPENSATION FOR DEBTOR'S ATTORNEY

1  Debtor's supplement her response to the U.S. Trustee's dismissal motion should Debtor
2  chose to file a supplement.
3    4.   McPharlin Sprinkles & Thomas LLP has incurred fees for services
4  rendered since the Court's approval of its last fee application including services
5  rendered during the month of May 2014.  The Court should review, and consider these
6  fees and allow the compensation the Court deems appropriate and just. 11 U.S.C.§330.
7    5.   The timing is such that an application for approval of compensation cannot
8  be properly noticed before the dismissal of this case if the dismissal becomes effective
9  on July 4, 2014.
10   6.   I have sent emails to the U.S. Trustee asking whether or not the U.S.
11 Trustee objects to the Court's reserving jurisdiction to consider the allowance of
12 compensation.  I have received no response to my emails.
13   7.   I know of no reason why the U.S. Trustee would object.
14 WHEREFORE, McPharlin Sprinkles & Thomas LLP, respectfully requests that
15 should the dismissal of the above captioned case become effective, the Court reserve
16 jurisdiction to consider its compensation under 11 U.S.C. §330.
17   I declare under penalty of perjury that the above is true and correct and of my
18 own personal knowledge except as to those matters stated upon information and belief
19 and as to those matters, I believe them to be true.  Executed this 6th day of June 2014,
20 at San Jose, California.

_____
Elaine M. Seid

CERTIFIED EX PARTE MOTION REQUESTING COURT RESERVE JURISDICTION TO CONSIDER ALLOWANCE OF COMPENSATION FOR DEBTOR'S ATTORNEY