Elizabeth Campisi

Debtor

P.O. Box 1897

Hollister, CA 95024

FILED

JUN 17 2014

United States Bankruptcy Court
San Jose, California

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFONRIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: | Case No.: 10-56816 ASW |
| ELIZABETH cAMPSIS | Hearing: July 3, 2013 |
| Debtor | Time: 2:30 PM |
| | Court: Judge Weissbrodt |

**DEBTOR'S FURTHER RESPONSE TO U.S. TRUSTEE'S MOTION TO DISMISS CHAPTER 11 CASE**

Debtor requests a 30 day stay of the dismissal of her case. This additional 30 day stay is needed in order to complete projects she is working on as stated in previous request at the hearing dated March 21, 2014. The additional 30 days will allow her to be in a good position when she exits Chapter 11.

Respectfully Submitted,

*[signature]*      Dated: June 13, 2014

Elizabeth Campisi

Debtor