Elizabeth Campisi

Debtor

P.O. Box 1897

Hollister, CA 95024

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFONRIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: | Case No.: 10-56816 ASW |
| ELIZABETH cAMPSIS | Hearing: Aug. 21, 2014 |
| Debtor | Time: 2:30 PM |
| | Court: Judge Weissbrodt |

**DEBTOR'S FURTHER RESPONSE TO U.S. TRUSTEE'S MOTION TO DISMISS CHAPTER 11 CASE**

Debtor requests a 90 day stay of the dismissal of her case. Debtor needs Chapter 11 Protection in order to avoid post petition liens erroneously recorded on debtor's property.

Respectfully Submitted,

*Elizabeth Campisi*            Dated: August 19, 2014

Elizabeth Campisi

Debtor